COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael PISKANIN, Jr., Petitioner

No. 810 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Darrell Edward TAYLOR, Petitioner

No. 793 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Shamar Darius ALEXANDER,
Petitioner

No. 754 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.